CAUSE NO. OVOC-482-25

IN The RANDALL COUNTY COURT
JUDICIAL DISTRICT NUMBER - 181
RANDALL COUNTY, TEXAS

2:26-CV-061

MAR 25 2026 AM 8:39
FILED - USDC - NDTX - AM

EX PARTE

KENT WAYNE Smith

APPLICANT

WRIT of HABEAS CORPUS

To the Honorable Judge of SAID court:

Comes Now KENT WAYNE Smith, Applicant in the Above-styled And Numbered cause, And Respectfully files This Application for a writ of HABEAS CORPUS PURSUANT To Article 11.01 et seq. of The TEXAS code of Criminal Procedure, And in support there of would show The court as follows:

I. PARTIES

I. APPLICANT: KENT WAYNE Smith currently Confined in RANDALL county JAIL, located AT 9100 S. Georgia ST, AMARillo TAXES 79118

II Respondent: Sheriff CHristopher forbis in His official capacity As The CUSTODIAN of Applicant, HAVING custody And Control over Applicant AT RANDALL county JAIL located AT 9100 S. Georgia street in RANDALL county TEXAS

II Jurisdiction

This Court has Jurisdiction over This MATTER PURSUANT To Article 11.05 of the TEXAS code of Criminal Procedure, which grants Jurisdiction to the district courts of TEXAS to Issue writs of HABEAS CORPUS

III    STATEMENT of FACTS

1. Date of Arrest/Detention: APPLICANT WAS Arrested on 12/14/25 And HAS Been Continuously detained in Randall County Jail Since That Date.

2. Charges: APPLICANT is currently Charged with Felony ASSAULT under ?

3. Bail/Bond: BAIL WAS SET AT $25,000.00 on 12/15/25 APPLICANT is unable to post Bail due To

4. Delays in Trial: APPLICANT HAS Been detained for 97 Days without Trial: To Return Any calls and HAS an office That is completely vacant! The Lawyer Assigned To The CASE HAS Failed To make Contact And Refuses

5. Assertion of RIGHT: APPLICANT ASSERTS His Right To A speedy Trial under the Six Amendment of the United STATES Constitution, Article 1, Section 10 of the TexAS Constitution, And Article 1.05 of the TEXAS Code of Criminal Procedure.

IV.    Grounds for Relief
APPLICANT contends That His Detention is unlawfull for the following Reasons:

1. Violates Right To A speedy Trial: APPLICANTS prolonged detention without Trial Violates his Constitutional Right To A speedy Trial

2. Excessive Bail: The BAIL in This CASE is Excessive And Amounts To A Denial of BAIL, in violation of Article 1, Section 13 of the Texas Constitution.

3. Lack of Probable Cause: there is lack of probable cause To Justify APPLICANTS Continued detention.

4. Other Grounds: Ineffective ASSISTANCE - The Lawyer Assigned To This CASE HAS Failed To make CONTACT, HAS Failed To Return Any Phone CALLS. My Family went To His office Address. The office is VACANT And HAS A lot of mail on The floor.

V. PRAYER for Relief

Wherefore, Premises Considered, Applicant Respectfully prays that the Court:

1. Issue a writ of HABEAS CORPUS Commanding Respondent to Bring Applicant Before This Court AT A Time specified by the Court, To show Cause why Applicant should NOT be Released from unlawful Confinement;

2. Upon Hearing, order Applicant's Immediate Release from custody;

3. Alternatively, Reduce Applicants Bail To an Amount That is Reasonable and within Applicants Ability To pay; And

4. Grant Any other Relief To which Applicant may be Justly entitled

Respectfully Submitted

SIGNATURE:    Kent Smith

Printed:    Kent Wayne Smith

Address:    4200 Walking H Trail

Amarillo TX 79118

Inmate No:    31521

3/21/26

Case 2:26-cv-00061-Z-BR   Document 3   Filed 03/25/26   Page 4 of 4   PageID 7

Kent Wayne Smith  31521
9100 S. Georgia St
Amarillo TX 79118

Legal
mail

RECEIVED

MAR 25 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Logged RCSO

AMARILLO TX  791

23 MAR 2026 PM 1  L

★ USA ★ FOREVER ★

United States District Court
Northern District of Texas
205 S.E. 5th Ave Room 133
Amarillo TX 79101

79101-155999