IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

KENT WAYNE SMITH,

     Petitioner,

v.                                                              2:26-CV-061-Z-BR

RANDALL COUNTY SHERIFF,

     Respondent.

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation ("FCR") of the United States Magistrate Judge to dismiss this case for failure to prosecute. ECF No. 6. No objections to the FCR have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. The FCR recommended dismissal "unless [Petitioner] fully complies with the Deficiency Order before his deadline for filing objections to this FCR." ECF No. 6 at 2. That deadline passed on April 22. FED. R. CIV. P. 72(b)(2). And his original deadline for complying with the Notice of Deficiency passed on April 27. ECF No. 4. Additionally, the Court has received yet more returned mail from Petitioner's address of record, indicating Petitioner has still not complied with Local Rule 83.13. ECF Nos. 7, 8. It is therefore **ORDERED** that the FCR of the Magistrate Judge (ECF No. 6) is **ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

     **SO ORDERED.**

May __/__, 2026

                                    _____

                                      MATTHEW J. KACSMARYK
                                      UNITED STATES DISTRICT JUDGE